## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL KELLER, | ) |
| Plaintiff, | ) Case No. 1:18-cv-00398 |
| v. | ) Honorable Judge Ruben Castillo |
| RETROPHIN, INC., | ) Magistrate Judge Jeffrey Cole |
| Defendant. | ) |

## **ORDER OF DISMISSAL**

WHEREAS, Plaintiff Michael Keller, together with Defendant, Retrophin, Inc. (collectively, the "Parties"), have reached a settlement and have finalized the Settlement Agreement; and

WHEREAS, the Parties have stipulated to the dismissal of the above-captioned matter with prejudice and without costs or fees, except as set forth in the Settlement Agreement, it is HEREBY ORDERED:

The above-captioned matter is hereby dismissed with prejudice and without attorneys' fees or costs, except as set forth in the Settlement Agreement.

DATED: September 26, 2018

ENTERED: _____
Hon. Ruben Castillo